*E-Filed 8/27/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM STICKLE, | No. C 13-1242 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. / | |

Plaintiff's motion for an extension of time to file a complaint (Docket No. 6) is DENIED as moot, the action having been dismissed prior to the filing of his motion. As noted in the order of dismissal, plaintiff may move to reopen the action. The Clerk shall terminate Docket No. 6.

**IT IS SO ORDERED**.

DATED: August 27, 2013

RICHARD SEEBORG
United States District Judge